UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 12-3268 |
| | ) |
| ESTATE OF RAYMOND L. SHAUB, | ) |
| GEORGE L. SHAUB, ROSANNA P. | ) |
| BUELTER, ROGER D. SHAUB, | ) |
| GLORIA A. KRUEGER, RANDY E. | ) |
| SHAUB, GAIL J. VOGES, GINA R. | ) |
| SHAUB, UNKNOWN HEIRS AND | ) |
| LEGATEES OF RAYMOND L. | ) |
| SHAUB, DECEASED, AND | ) |
| NON-RECORD CLAIMANTS, | ) |
| | ) |
| Defendants. | ) |

## OPINION CONFIRMING SALE

SUE E. MYERSCOUGH, U.S. District Judge:

The U.S. Marshal has been appointed by the Court to sell property at issue in this case. The U.S. Marshal reports that the property has been sold in accordance with terms previously set forth by the Court. The Court, having reviewed the relevant materials, finds as follows:

1.  The common address and legal description of the real estate at issue:

    316 W. Kickapoo Street
    Lincoln, Illinois  62656

    Commencing at a point 15 feet North and 70 feet East from the Southwest corner of Lot 18 in Bates' Second Addition to West Lincoln, now a part of the City of Lincoln, Logan County, Illinois; thence East 90 feet; thence North 122-1/2 feet; thence West 80 feet; thence South 122-1/2 feet to the place of beginning, and being a part of Lots 17 and 18 in Bates' Second Addition to the City of Lincoln, Logan County, Illinois

    PIN No. 54 12 343 018 60

2. A notice required in accordance with 735 ILCS 5/15-1507(c)(2)(B) and 28 U.S.C. § 2002 was given;

3. The terms of sale were fair and not unconscionable;

4. The sale was conducted fairly and without fraud;

5. Justice was done by the sale;

6. All redemption and reinstatement periods have expired without redemption or reinstatement having been made; and

7. This Court obtained personal jurisdiction over the defendants.

IT IS THEREFORE ORDERED:

A. The U.S. Marshal's report of the sale is approved and the sale is confirmed;

B. The United States has not waived its right to subsequently administratively collect or reduce to judgment in a separate cause of action against the defendants signing the promissory note secured by the mortgage foreclosed herein the deficiency set forth in the Report of Sale, even though no such deficiency judgment is sought in this foreclosure proceeding.

C. The U.S. Marshal is directed to issue a deed to the holder of the certificate of purchase, sufficient to convey title pursuant to 735 ILCS l5-l509(a).

D. The purchaser of the foreclosed property is hereby given possession effective immediately upon entry of this Order in compliance with 735 ILCS 5/15-1701(c)(1).

E. There is no just reason to delay enforcement of or appeal from this final order.

IT IS SO ORDERED.

ENTER: October 4, 2013

FOR THE COURT:       s/ Sue E. Myerscough
                    SUE E. MYERSCOUGH
              UNITED STATES DISTRICT JUDGE